No. 73.   ESTATE OF DOMINICK ET AL. v. COMMISSIONER
OF INTERNAL REVENUE.   February 3, 1947.   The petition
for writ of certiorari to the Circuit Court of Appeals for
the Second Circuit is dismissed per stipulation of counsel.

694

*Asa B. Kellogg* for petitioners. *Acting Solicitor General Washington* for respondent.